**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 13** |
| **DOROTHY CONNOLLY MRAZ** | : | |
| | : | **BANKRUPTCY CASE #17-17761 - mdc** |
| **Debtor** | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Nina A. Smith, a creditor in the above-captioned chapter 13 bankruptcy case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and sections 102(l), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise on:

Robert J. Lohr II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382
(610) 701-0222 - telephone
(610) 431-2792 - facsimile
bob@lohrandassociates.com - e-mail

Attorneys for Nina A. Smith

Date:  December 27, 2017                    /s/ Robert J. Lohr II
                                            Robert J. Lohr II