**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EPA DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dorothy Connolly Mraz<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-17761 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734