**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

Dorothy Connolly Mraz  :  Chapter 13
:
Debtor  :  Bankruptcy No. 17-17761-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW,** this _____ day of _____, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

    **ORDERED**, that this case is dismissed; and it is further

    **ORDERED,** that any wage orders are hereby VACATED; and it is further

    **ORDERED**, that in light of the Consent Order previously entered in this matter on February 9, 2018 by and among the standing trustee, the debtor will be barred from filing any case for Six (6) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

                             **BY THE COURT**

                             **_____**
                             **HONORABLE MAGDELINE D. COLEMAN**
                             **U.S. BANKRUPTCY JUDGE**

cc:    Dorothy Connolly Mraz
        9 Woodchuck Way
        Kennett Square, PA 19348

        MICHAEL G. DEEGAN
        134 W. King Street
        Malvern, PA 19355

        William C. Miller, Esquire
        Office of the Chapter 13 Trustee
        P.O. Box 40119
        Philadelphia, PA  19106-0119

        Office of the U.S. Trustee
        833 Chestnut Street – Suite 500
        Philadelphia, PA  19107