UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Dorothy Connolly Mraz

        Debtor

:    Chapter 13
:
:    Bankruptcy No. 17-17761-mdc

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____5th_____ day of _____July_____, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED**, that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter on February 9, 2018 by and among the standing trustee, the debtor will be barred from filing any case for Six (6) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:    Dorothy Connolly Mraz
9 Woodchuck Way
Kennett Square, PA 19348

MICHAEL G. DEEGAN
134 W. King Street
Malvern, PA 19355

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107