United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 17-17761-mdc
Dorothy Connolly Mraz                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD              Page 1 of 2                  Date Rcvd: Jul 06, 2018
                              Form ID: pdf900             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db             +Dorothy Connolly Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
cr             +Nina A Smith,    1519 N. Rodney Street,    Wilmington, DE 19806-3007
14014739       +Ditech Financial,    7340 S. Kyrene Road,    Tempe, AZ 85283-4573
14014740       +Fred Mraz,   9 Woodchuck Way,    Kennett Square, PA 19348-2353
14014742       +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
14014741       +Klehr Harrison Harvey Branzburg,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
14090983       +Klehr Harrison Harvey Branzburg, LLP,    c/o Raymond H. Lemisch, Esquire,   1835 Market Street,
                 Philadelphia, PA 19103-2968
14038239       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14032510       +Ms. Nina A. Smith,    1519 N. Rodney Street,    Wilmington, DE 19806-3007
14014746       +Nina Smith,    1519 North Rodney Street,    Wilmington, DE 19806-3007
14014748       +Robert Lohr, Esq.,    1246 West Chester Pike,    Suite 312,   West Chester, PA 19382-5683
14014749       +Volkswagen Credit,    PO Box 9013,    Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 07 2018 01:32:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 07 2018 01:32:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14014743        E-mail/Text: camanagement@mtb.com Jul 07 2018 01:32:07     M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14014745        E-mail/Text: camanagement@mtb.com Jul 07 2018 01:32:07     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14014744        E-mail/Text: camanagement@mtb.com Jul 07 2018 01:32:07     M&T Bank,    PO Box 1345,
                 Buffalo, NY 14240
14016412       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2018 01:32:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14014747       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2018 01:32:21
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0001
14039789        E-mail/Text: bkdepartment@rtresolutions.com Jul 07 2018 01:32:37
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14014750        E-mail/Text: vci.bkcy@vwcredit.com Jul 07 2018 01:32:37     Volkswagen Credit,    PO Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14068917*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,     P.O. Box 1288,    Buffalo, NY 14240-1288)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Jul 06, 2018
                              Form ID: pdf900             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Dorothy Connolly Mraz mgdeegan@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              ROBERT J. LOHR, II    on behalf of Creditor Nina A Smith bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
:    Chapter 13
Dorothy Connolly Mraz    :
        Debtor    :    Bankruptcy No. 17-17761-mdc

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___5th___ day of ___July___, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED**, that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter on February 9, 2018 by and among the standing trustee, the debtor will be barred from filing any case for Six (6) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:    Dorothy Connolly Mraz
    9 Woodchuck Way
    Kennett Square, PA 19348

    MICHAEL G. DEEGAN
    134 W. King Street
    Malvern, PA 19355

    William C. Miller, Esquire
    Office of the Chapter 13 Trustee
    P.O. Box 40119
    Philadelphia, PA 19106-0119

    Office of the U.S. Trustee
    833 Chestnut Street – Suite 500
    Philadelphia, PA 19107